TOWNSHIP OF CEDAR GROVE, ETC. v. JOHN P.
SHERIDAN, JR., ETC., ET AL.

June 27, 1986.

Petition for certification denied.   (See 209 *N.J.Super.* 267)

WILLIAM R. BELL, ET AL. v. ENGELHARDT
APPRAISAL CO., ETC., ET AL.

June 27, 1986.

Petition for certification denied.

WILLIAM R. BELL, ET AL. v. ENGELHARDT APPRAISAL CO.,
ET AL. AND USAA CASUALTY INSURANCE
COMPANY, ETC.

June 27, 1986.

Cross-petition for certification denied.

MARK RICHARDSON v. CITY OF NEWARK, ET AL.

June 27, 1986.

Petition for certification denied.